# United States Court of Appeals
## For the First Circuit

No. 15-2189

IN RE: OAK KNOLL ASSOCIATES, L.P.,

Debtor

ROBERT HARRIS,

Appellant,

v.

ROSA SCARCELLI and OAK KNOLL ASSOCIATES, L.P.,

Appellees.

**ERRATA SHEET**

The opinion of this Court issued on August 19, 2016, is amended as follows:

On page 4, line 24, "his" is replaced with "its".